IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT:
DATE: 10-5-5
TIME: 10:12 AM
INITIALS: E

UNITED STATES OF AMERICA

V.

Cr. No. 05-20292-D

DEWONNA JOHNSON

## ORDER SPECIFYING PERIOD OF DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Due to a clerical error, the Marshal's Service did not know to have the defendant present for arraignment on this date. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(3)(A) the court may grant the defendant a period of excludable delay to serve the ends of justice, if the defendant is unavailable or absent.

IT IS THEREFORE ORDERED that the time period of October 5, 2005 through October 12, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO WEDNESDAY, October 12, 2005 at 10:00 a.m. BEFORE MAGISTRATE JUDGE PHAM.**

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

DATE: October 05, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20292 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C Parker
167 N. MAIN, 8th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT