IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 23 PM 1:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 05-20292-D |
| DEWONNA JOHNSON, | * | |
| Defendant. | * | |

## ORDER

Having considered the defense motion, the Court finds the Motion should be **granted**. The Change of Plea Hearing is reset for _Thursday_, December _29_, 2005 at _1:30_ AM/PM.

It is so **ORDERED, ADJUDGED AND DECREED** this _23_ day of December 2005.

HONORABLE BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12/28/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20292 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Doris Holt-Randle
Federal Defender's Office
200 Jefferson
Suite 200
Memphis, TN 38103

Stephen C Parker
167 N. MAIN, 8th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT