IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 30 PM 1:09

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA )
    Plaintiff, )
 )
VS. )  CR. NO. 05-20292-D
 )
DEWONNA JOHNSON )
    Defendant. )
 )

## ORDER ON CHANGE OF PLEA AND **SETTING**

This cause came on to be heard on December 29, 2005, the United States Attorney for this district, Stephen C. Parker, appearing for the Government and the defendant, Dewonna Johnson, appearing in person and with counsel, Doris A. Randle-Holt, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1 through 5 of the Indictment.

Remaining Counts shall be dismissed at the Sentencing Hearing.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, MARCH 29, 2006, at 1:30 P.M., before Judge Bernice B. Donald.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 30 day of December, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT